MANDERELLO, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Paul Manderello - against George W. Linch, as receiver. C. E. Chalmers, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.